IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-468-RJC-DCK

| | |
|---|---|
| DANIEL CHRISTENSEN, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| BANK OF AMERICA N.A., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) filed by Brian A. Kahn, concerning Viona J. Harris, on August 17, 2023. Viona J. Harris seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 12) is **GRANTED**. Viona J. Harris is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: August 18, 2023

David C. Keesler
United States Magistrate Judge